IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA

WESTERN DIVISION

FILED

AUG 6 2021

PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC
BY _____ DEP CLK

CIVIL ACTION FILE NO. 5:21-MC-21-BM

|   |   |
|---|---|
| SAVVY DOG SYSTEMS, LLC and<br>POM OF PENNSYLVANIA, LLC,<br>      Plaintiffs<br><br>      v.<br><br>PENNSYLVANIA COIN, LLC, and PA<br>COIN HOLDINGS, LLC,<br>      Defendants, | )<br>)<br>)<br>)   **NOTICE OF APPEARANCE**<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Christopher S. Edwards of the firm of Ward and Smith, P.A., hereby provides notice that he is entering an appearance as counsel of record in this action for non-party Banilla Games, Inc.

This the 6th day of August, 2021.

Christopher S. Edwards
N.C. State Bar I.D. No.: 48385
email: csedwards@wardandsmith.com
For the firm of
Ward and Smith, P.A.
Post Office Box 33009
Raleigh, NC 27636-3009
Telephone: 919.277.9100
Facsimile: 919.277.9177
*Attorneys for Banilla Games, Inc.*

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that I have this day served a copy of the foregoing NOTICE OF APPEARANCE via email and by depositing a copy thereof in an envelope bearing sufficient postage in the United States mail addressed to the following persons at the following addresses which are the last addresses known to me:

John L. North, Esq.
Hill, Kertscher & Wharton, LLP
3625 Cumberland Boulevard, Suite 1050
Atlanta, GA 30339
jnl@hkw-law.com

John V. Gorman
Kenneth J. Davis
Amy M. Dudash
Morgan, Lewis & Bockius LLP
1701 Market Street
Philadelphia, PA 19103
john.gorman@morganlewis.com
kenneth.davis@morganlewis.com
amy.dudash@morganlewis.com

This the 6th day of August, 2021

_____
Christopher S. Edwards
N.C. State Bar I.D. No.: 48385
email: csedwards@wardandsmith.com
For the firm of
Ward and Smith, P.A.
Post Office Box 33009
Raleigh, NC 27636-3009
Telephone: 919.277.9100
Facsimile: 919.277.9177
*Attorneys for Banilla Games, Inc.*