
| | | |
|---|---|---|
| SAVVY DOG SYSTEMS, LLC and<br>POM OF PENNSYLVANIA, LLC,<br>   Plaintiffs | ) ) ) ) | **NOTICE OF APPEARANCE** |
| v. | ) ) | |
| PENNSYLVANIA COIN, LLC, and PA<br>COIN HOLDINGS, LLC,<br>   Defendants, | ) ) ) | |

Joseph A. Schouten of the firm of Ward and Smith, P.A., hereby provides notice that he is entering an appearance as counsel of record in this action for non-party Banilla Games, Inc.

This the 6th day of August, 2021.

Joseph A. Schouten
N.C. State Bar I.D. No.: 39430
email: jas@wardandsmith.com
For the firm of
Ward and Smith, P.A.
Post Office Box 33009
Raleigh, NC  27636-3009
Telephone:  919.277.9100
Facsimile:  919.277.9177
*Attorneys for Banilla Games, Inc.*

Case 5:21-mc-00021-BM    Document 5    Filed 08/06/21    Page 1 of 2

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served a copy of the foregoing NOTICE OF APPEARANCE via email and by depositing a copy thereof in an envelope bearing sufficient postage in the United States mail addressed to the following persons at the following addresses which are the last addresses known to me:

John L. North, Esq.
Hill, Kertscher & Wharton, LLP
3625 Cumberland Boulevard, Suite 1050
Atlanta, GA 30339
jnl@hkw-law.com

John V. Gorman
Kenneth J. Davis
Amy M. Dudash
Morgan, Lewis & Bockius LLP
1701 Market Street
Philadelphia, PA 19103
john.gorman@morganlewis.com
kenneth.davis@morganlewis.com
amy.dudash@morganlewis.com

This the 6th day of August, 2021

Joseph A. Schouten
N.C. State Bar I.D. No.: 39430
email: jas@wardandsmith.com
For the firm of
Ward and Smith, P.A.
Post Office Box 33009
Raleigh, NC 27636-3009
Telephone: 919.277.9100
Facsimile: 919.277.9177
*Attorneys for Banilla Games, Inc.*

2