# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NORTH CAROLINA
### WESTERN DIVISION

SAVVY DOG SYSTEMS, LLC, a Wyoming limited liability company, and POM OF PENNSYLVANIA, LLC a Wyoming limited liability company,

        Plaintiffs,

      v.

PENNSYLVANIA COIN, LLC, a Pennsylvania limited liability company, and PA COIN HOLDINGS, LLC, a Pennsylvania limited liability company,

        Defendants.

Civil Action No. 5:21-MC-21-BM

## PLAINTIFFS SAVVY DOG SYSTEMS, LLC AND POM OF PENNSYLVANIA, LLC'S MOTION TO COMPEL DOCUMENT SUBPOENA AGAINST BANILLA GAMES, INC.

Savvy Dog Systems, LLC and POM of Pennsylvania, LLC (together "Savvy Dog" or "Plaintiffs") are Plaintiffs in the above-styled patent case, *Savvy Dog Sys., Inc. v. Pennsylvania Coin, LLC*, No. 3:19-cv-01470-JPW, pending in the Middle District of Pennsylvania (the "Pennsylvania Action"). Savvy Dog served non-party Banilla Games, Inc. ("Banilla") with subpoenas for documents and for deposition testimony in connection with the Pennsylvania Action. Pending before this Court is Banilla's Motion to Quash the deposition subpoena (Dkt. 1).

Savvy Dog hereby respectfully moves this Court for an Order enforcing the deposition subpoena, as well as the subpoena *duces tecum* issued to Banilla. Plaintiffs' Memorandum in Support is filed contemporaneously herewith.

Pursuant to Local Civil Rule 7.1(c)(2), the undersigned certifies that counsel for the parties conferred in good faith to resolve this dispute, but were unable to do so.

Date: August 20, 2021                    Respectfully submitted,

                                         */s/ Minnie Kim*
                                         John F. Morrow, Jr. (N.C. Bar No. 23382)
                                         WOMBLE BOND DICKINSON (US) LLP
                                         One West Fourth Street
                                         Winston-Salem, NC 27101
                                         Telephone: (336) 721-3600
                                         John.Morrow@wbd-us.com

                                         Minnie Kim (N.C. Bar No. 41678)
                                         301 S. College Street, Suite 3500
                                         Charlotte, NC 28202
                                         Telephone: (704) 331-4921
                                         Minnie.Kim@wbd-us.com

                                         OF COUNSEL:

                                         */s/ Steven G. Hill*
                                         Steven G. Hill, GA Bar No. 354658
                                         John L. North, GA Bar No. 545580
                                         Martha L. Decker, GA Bar No. 420867
                                         Hill, Kertscher & Wharton, LLP
                                         3625 Cumberland Blvd., SE, Suite 1050
                                         Atlanta, Georgia 30339
                                         Telephone: (770) 953-0995
                                         sgh@hkw-law.com
                                         jln@hkw-law.com
                                         md@hkw-law.com

                                         *Counsel for Plaintiffs Savvy Dog Systems, LLC and*
                                         *POM of Pennsylvania, LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that I filed the foregoing document using the electronic case filing system of the Court. The electronic case filing system sent a "Notice of Electronic Filing" to all attorneys of record who have consented to accept service by electronic means.

Date: August 20, 2021                    */s/ Minnie Kim*
                                                          Minnie Kim

3