# EXHIBIT C

# Morgan Lewis

**Amy M. Dudash**
+1.215.963.4861
amy.dudash@morganlewis.com

July 15, 2021

**VIA E-MAIL**

| | |
|---|---|
| Steven G. Hill, Esq. | Matthew H. Haverstick, Esq. |
| John L. North, Esq. | Eric J. Schreiner, Esq. |
| Martha L. Decker | Paul G. Gagne, Esq. |
| Hill, Kertscher & Wharton LLP | Shohin H. Vance, Esq. |
| sgh@hkw-law.com | James G. Gorman, III, Esq. |
| jln@hkw-law.com | Kleinbard LLC |
| md@hkw-law.com | mhaverstick@kleinbard.com |
| | eschreiner@kleinbard.com |
| | pgagne@kleinbard.com |
| | svance@kleinbard.com |
| | jgorman@kleinbard.com |

Re: *Savvy Dog Sys., LLC et al. v. Pennsylvania Coin, LLC, et al.*, CA No. 3:19-cv-01470-JPW (M.D. Pa.)

Counsel –

We write on behalf of defendants Pennsylvania Coin, LLC and PA Coin Holdings, LLC (collectively, "PA Coin" or "Defendants") in response to your July 14, 2021 correspondence following-up on the agreement reached during our July 9, 2021 teleconference with the Court in the above-referenced matter.

Please see below in bold/underlining Defendants' additions to the proposed memorialization of our agreement, which are aimed at clarifying that our agreement is limited solely to the upcoming trial on Defendants' invalidity counterclaim.

Plaintiffs agreed to withdraw the notices of deposition of Mr. Pisano and Mr. Ceccoli based on Defendants' representation that they will not call any lay witness who is affiliated with Defendants **at the upcoming trial regarding Defendants' invalidity claim**, except Defendants reserve the right to call a lay witness (or witnesses) to authenticate documents if the need arises; should Defendants identify such authentication lay witness(es), Plaintiffs would be given the opportunity to take a short deposition of such witness(es). **Nothing in this agreement shall prejudice Defendants' rights to call Messrs. Pisano and Ceccoli and/or any other lay witness who is affiliated with Defendants at any trial after appeal, no matter the issue(s) to be tried at such post-appeal trial.**

**Morgan, Lewis & Bockius LLP**

1701 Market Street
Philadelphia, PA 19103-0921
United States
T +1.215.963.5000
F +1.215.963.5001

If the above is acceptable to Plaintiffs, please sign below and return, and this can serve as memorialization of our agreement.

Very truly yours,

Amy M. Dudash

*Counsel for Defendants*

_____
*Counsel for Plaintiffs*