**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF NORTH CAROLINA**
**WESTERN DIVISION**
**No. 5:21-MC-21-BM**

| | | |
|---|---|---|
| SAVVY DOG SYSTEMS, LLC AND POM OF PENNSYLVANIA, LLC, | ) ) ) | |
| PLAINTIFFS, | ) ) | |
| v. | ) ) | **NOTICE OF SPECIAL APPEARANCE** |
| PENNSYLVANIA COIN, LLC AND PA COIN HOLDINGS, LLC | ) ) ) | |
| DEFENDANTS | ) ) ) | |

Please take notice that the undersigned Amy M. Dudash hereby enters a notice of special appearance as counsel for Banilla Games, Inc. in the above-captioned matter, in association with counsel, Joseph A. Schouten and Christopher S. Edwards of the law firm of Ward and Smith, P.A.

I certify that I will submit any document to Joseph A. Schouten and/or Christopher S. Edwards for review prior to filing the document with the court.

This the 19th day of October, 2021.

_____/s/ Amy M. Dudash_____
Amy M. Dudash
Morgan, Lewis & Bockius LLP
1701 Market Street
Philadelphia, PA 19103
Telephone: 215.963.5000
amy.dudash@morganlewis.com
Pennsylvania Bar. No. 311898

*Attorney for Banilla Games, Inc.*

/s/ Joseph A. Schouten
Joseph A. Schouten
Ward and Smith, P.A.
Post Office Box 33009
Raleigh, NC 27636-3009
Telephone:  919.277.9100
Fax: 919.277.9177
jas@wardandsmith.com
N.C. Bar. No. 39420

*Counsel for Banilla Games, Inc.*