IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

CIVIL ACTION FILE NO.   5:21-mc-00021-BM

| | | |
|---|---|---|
| SAVVY DOG SYSTEMS, LLC and<br>POM OF PENNSYLVANIA, LLC,<br>　　　　　Plaintiffs<br><br>　　　v.<br><br>PENNSYLVANIA COIN, LLC, and PA<br>COIN HOLDINGS, LLC,<br>　　　　　Defendants, | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **JOINT NOTICE OF<br>WITHDRAWAL OF<br>MOTIONS** |

Movants hereby provide notice of the withdrawal of Banilla Games, Inc.'s Motion to Quash (D.E. 1), and of Savvy Dog Systems, LLC and POM of Pennsylvania, LLC's Motion to Compel (D.E. 6).  The withdrawal of these motions is *without prejudice* to either party's ability to refile the motions at a later date.

This the 14th day of November, 2022.

_/s/ Joseph A. Schouten_____
Joseph A. Schouten
N.C. State Bar I.D. No.: 39430
email: jas@wardandsmith.com
Christopher S. Edwards
N.C. State Bar I.D. No.: 48385
Email: csedwards@wardandsmith.com
Ward and Smith, P.A.
Post Office Box 33009
Raleigh, NC  27636-3009
Telephone:  919.277.9100
Facsimile:  919.277.9177
Attorneys for Banilla Games, Inc.

_/s/ John F. Morrow, Jr._____
John F. Morrow, Jr.
N.C. State Bar I.D. No.: 23382
email: john.morrow@wbd-us.com
Womble Bond Dickinson (US) LLP
One West Fourth Street
Winston-Salem, NC  27101
Telephone:  336.721.3600
Attorneys for Savvy Dog Systems, LLC
  and POM of Pennsylvania, LLC